IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| QUEST BEADS & CAST, INC., <br><br> Plaintiff <br><br> v. <br><br> J.R.M. DESIGNS, INC., <br><br> Defendant | CIVIL NO. 06-2289 (JP) |

**FINAL JUDGMENT**

The Court has before it the parties' "Consent Judgment and Order" (**No. 10**), wherein the parties inform the Court that they have settled the instant case, and request entry of final judgment. The motion is **GRANTED**.

Pursuant thereto the Court **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the Complaint. The terms of the "Settlement Agreement and Mutual Release" (No. 11) are fully incorporated into this Final Judgment.

This judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 31st day of May, 2007.

s/Jaime Pieras, Jr.
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE